IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LEON HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 1:19-cv-1688-TWT-CCB |
| | ) | |
| REALPAGE, INC.; and DOES 1–10; | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant RealPage, Inc. hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, as follows:

1. The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. Plaintiff Leon Howard, an individual.

b.  Defendant RealPage, Inc. is a publicly-traded corporation with no parent corporation and no publicly held corporation owning more than 10% of its stock.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Counsel is not aware of any other entities or persons, other than those identified herein, that have a financial interest that could be substantially affected by the outcome of this case.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a.  For Plaintiff Leon Howard:

> Sergei Lemberg
> LEMBERG LAW, LLC
> 43 Danbury Road
> Wilton, CT 06897

b.  For Defendant RealPage, Inc.:

> Alexander S. King
> TROUTMAN SANDERS LLP

>3000 Bank of America Plaza
>600 Peachtree Street, N.E.
>Atlanta, GA  30308-2216
>
>David M. Gettings (*pro hac vice* forthcoming)
>TROUTMAN SANDERS LLP
>222 Central Park Ave., Suite 2000
>Virginia Beach, VA 23462
>
>Jessica Lohr (*pro hac vice* forthcoming)
>TROUTMAN SANDERS LLP
>11682 El Camino Real, Suite 400
>San Diego, CA 92130

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

This 24th day of June 2019.

>>/s/ Alexander S. King
>>Alexander S. King
>>Georgia Bar No. 590607

TROUTMAN SANDERS LLP
3000 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
Telephone:  404-885-3000
Facsimile:   404-885-3900
E-mail: alexander.king@troutman.com
*Counsel for Defendant RealPage, Inc.*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing document has been prepared in 13-point Book Antiqua font in accordance with Local Rule 5.1(C).

This 24th day of June 2019.

>  */s/ Alexander S. King*
>  Alexander S. King
>  Georgia Bar No. 590607