# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Leon Howard, | : |
|              Plaintiff, | : Civil Action No. |
| v. | : 1:19-cv-01688-TWT-CCB |
| RealPage, Inc.; and DOES 1-10, inclusive, | : |
|              Defendant. | : |

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, Leon Howard, by and through counsel, hereby submits his Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.1 as follows:

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including Plaintiff's contentions as to what Defendants did or failed to do, and a succinct statement of the legal issues in the case.

**RESPONSE:** Plaintiff seeks redress for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. (the "FCRA"). Plaintiff alleges that Defendant performed the background screening report, which included incorrect

and harmful judgments and criminal information, and furnished the results to two of Plaintiff's potential housing complexes, causing damages to Plaintiff.

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law that Plaintiff contends are applicable to this action.

**RESPONSE:** The FCRA is applicable to this action.

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:**

a. Plaintiff Leon Howard. Plaintiff may be contacted through his counsel. Plaintiff will testify as to the allegations in his complaint and his damages.

b. A representative of Defendants. This person is expected to testify as to the facts and circumstances underlying Plaintiff's claims against Defendants.

Plaintiff respectfully reserves the right to supplement this response, as appropriate.

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.

**RESPONSE:** Plaintiff has not identified an expert witness at this early stage of litigation. Plaintiff respectfully reserves the right to supplement this response, as appropriate.

(5) Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:** Plaintiff has copies of his background checks, driver's license, temporary identification card, e-mails between Plaintiff and Defendant, a letter from Defendant to Plaintiff, and a Consumer Inquiry Report completed for

Plaintiff by Defendant. Plaintiff respectfully reserves the right to supplement this response, as appropriate.

(6)     In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe the category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34.

**RESPONSE:** Plaintiff seeks all available damages pursuant to the FCRA. Plaintiff respectfully reserves the right to supplement this response, as appropriate.

(7)     Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment that may be entered in this action, or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:** N/A.

- 5 -

(8)     Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in Plaintiff's cause of action, and state the basis and extent of such interest.

**RESPONSE:** N/A.

Dated: July 18, 2019

    Respectfully submitted,

    By: */s/ Sergei Lemberg, Esq.*
    Attorney Bar No. 598666
    Attorney for Plaintiff Leon Howard
    LEMBERG LAW, LLC
    43 Danbury Road, 3rd Floor
    Wilton, CT 06897
    Telephone: (203) 653-2250 ext. 5500
    Facsimile: (203) 653-3424
    Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2019, a true and correct copy of the foregoing was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing (ECF) system and that the document is available on the ECF system.

>  */s/ Sergei Lemberg*
>  Sergei Lemberg, Esq.