# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Leon Howard, ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION FILE NO.** |
| ) | **1:19-cv-01688-TWT-CCB** |
| v. ) | |
| ) | |
| RealPage, Inc.; and DOES 1-10 ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WAIVE LOCAL COUNSEL RESIDENCE REQUIREMENT FOR THE APPLICATION FOR ADMISSION PRO HAC VICE OF SPENCER H. KUHNER

Plaintiff, Leon Howard, by and through his undersigned counsel, respectfully requests that, with respect to the concurrently filed Application for Admission Pro Hac Vice of Spencer H. Kuhner, this court waive the requirement under Local Rule 83.1(B) that Mr. Kuhner's designated local counsel maintain an office and residence within this Judicial District. In support hereof, Plaintiff states as follows:

1. Sergei Lemberg, Plaintiff's undersigned lead counsel of record, was admitted to the Bar of the State of Georgia on March 6, 2013, and to the Bar of this Honorable Court on May 6, 2013.

2. The undersigned is a member in good standing of the Bars of the State of Georgia and this Honorable Court.

3. The undersigned resides in Connecticut and is the founder and principal of Plaintiff's Connecticut-based law firm, Lemberg Law, LLC. Lemberg Law does not maintain an office in the State of Georgia.

4. As set forth in the accompanying Application for Admission Pro Hac Vice, Spencer H. Kuhner, an associate at Lemberg Law, requests permission to appear *pro hac vice* in the this matter.

5. The undersigned respectfully requests that this Court waive the requirement under Local Rule 81.3(B) that Mr. Kuhner designate a local counsel who maintains an office and residence within this Judicial District and, instead, allow the undersigned to serve as Mr. Kuhner's designated local counsel.

Dated: October 11, 2019

Respectfully submitted,

**LEMBERG LAW, LLC**

By: */s/ Sergei Lemberg*
Sergei Lemberg (#650671)
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2019, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Sergei Lemberg*
Sergei Lemberg, Esq.