# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Leon Howard, | : |
| Plaintiff, | : Civil Action No.: |
| v. | : 1:19-cv-01688-TWT-CCB |
| RealPage, Inc., | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 21, 2019

Respectfully submitted,

By: */s/ Sergei Lemberg, Esq.*
Attorney for Plaintiff
LEMBERG LAW L.L.C.
43 Danbury Road, Third Floor
Wilton, CT 06897
Telephone: (203) 653-2250 ext. 5500
Facsimile:  (203) 653-3424
Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 21, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                               By */s/ Sergei Lemberg*
                                                   Sergei Lemberg, Esq.